## IN THE UNITED STATES BANKRUPTCY COURT
### Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 12-bk-55273 |
| Tanisha Jones } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

### Notice of Change of Address

**My Former Mailing Address was**:

Name:      Tanisha Jones

Street:       2843 Winsford Ct.

City, State, Zip: Columbus, OH 43232

**Please be advised that effective March 2, 2016
my new mailing address is:**

Name:      Tanisha Jones

Street:       5387 John Browning Dr.

City, State ,Zip: Canal Winchester, OH 43110

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on March 2, 2016 to the following:

**Trustee:**
Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Tanisha Jones
5387 John Browning Dr.
Canal Winchester, OH 43110

Respectfully Submitted,
/s/ Erin E. Schrader
Erin E. Schrader (0078078)
Rauser & Associates
5 East Long St., Suite 300
Columbus, OH 43215
(614) 228-4480